**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Cause No.:   4:22-cr-40008-JPG |
| | ) | |
| JAMOND M. RUSH, | ) | |
| | ) | |
| Defendant. | ) | |

**<u>NOTICE OF APPEAL</u>**

COMES NOW Defendant Jamond M. Rush, by and through his undersigned counsel, and hereby gives notice that he intends to appeal to the United States Court of Appeals for the Seventh Circuit seeking review of his conviction and the judgment entered in this action on November 21, 2023. Defendant requests that the Clerk of the Court initiate the appeal process on his behalf.

Defendant appears before this court as an indigent litigant and counsel was appointed pursuant to the Criminal Justice Act.

Respectfully submitted,

NEWTON BARTH, L.L.P.

By:   */s/ Talmage E. Newton IV*
Talmage E. Newton IV, ARDC6305302
talmage@newtonbarth.com
555 Washington Ave., Suite 420
St. Louis, Missouri 63101
(314) 272-4490 – Telephone
(314) 762-6710 – Facsimile

*Attorney for Defendant*

## **CERTIFICATE OF SERVICE**

The undersigned counsel hereby certifies that a true and accurate copy of the foregoing was served upon all counsel of record on this 21st day of November, 2023, via the Court's electronic filing system.

<i>/s/ Talmage E. Newton IV</i>